**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KIMBERLY MOORE and DAWN
DARO, as Parent and Natural
Guardian of K. D.,

    Plaintiffs,

v.      Case No.   3:16-cv-1441-J-32MCR

ATLANTIC SPECIALTY
INSURANCE COMPANY,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Dismissal Without Prejudice (Doc. 7), filed on December 20, 2016, this case is dismissed without prejudice. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of December, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record